**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| TAMIKA N. HALL-MOORE, | CASE NO. 17-20149 |
| DEBTOR | JUDGE: LASHONDA A HUNT |

## NOTICE OF MOTION

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090
**Notified via US Postal Service**
Tamika N. Hall-Moore, 530 Nathan Road, University Park, IL 60484

Please take notice that on the April 2, 2021 at the hour of 10:15 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge LaShonda A Hunt or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

**If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be served upon the following:

Respectfully Submitted,

   /s/ Michael N. Burke_____
Richard B. Aronow  3123969
Michael N. Burke  6291435
Mike Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
16-081235

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090

**Notified via US Postal Service**
Tamika N. Hall-Moore, 530 Nathan Road, University Park, IL 60484

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt. Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| TAMIKA N. HALL-MOORE, | CASE NO. 17-20149 |
| DEBTOR | JUDGE: LASHONDA A HUNT |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE DISMISSAL OF THE CASE

NOW COMES the Movant, Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4, by and through its attorneys, LOGS Legal Group LLP, and states as follows:

1. On July 5, 2017, the above-named Debtor filed a Petition pursuant to 11 USC § 1301, et. seq. and a Plan which was confirmed on October 20, 2017.

2. A material term of said plan called for the Debtor to make post-petition monthly mortgage payments directly to the Movant commencing with the installment that came due on August 1, 2017.

3. Notwithstanding said material term, said post-petition mortgage payments are in default in the amount of $12,300.78 through March 31, 2021:

| | | |
|---|---|---|
| 6/1/2020 - 9/1/2020 monthly payments at $1,172.57 each | = $ | 4,690.28 |
| 10/1/2020 – 2/1/2021 monthly payments at $1,224.15 each | = $ | 6,120.75 |
| 3/1/2021 monthly payment at $1,296.35 | = $ | 1,296.35 |
| Suspense balance | = $ | (1,044.60) |
| Bankruptcy MFR court cost | = $ | 188.00 |
| Bankruptcy Attorneys' fees | = $ | 1,050.00 |
| TOTAL | = $ | 12,300.78 |

4.  By failing to make current mortgage payments, the Debtor had failed to provide the Movant with adequate protection for its security, contrary to the requirements of the Bankruptcy Code.

5.  That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

6.  Carrington Mortgage Services, LLC services the loan on the property referenced in this motion. In the event the automatic stay in this case is modified, this case dismisses, and/or Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the promissory note. Movant will enforce the promissory note as transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage.

7.  This failure constitutes a material default entitling Movant to relief pursuant to 11 U.S.C. §362(d).

8.  For the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4, moves this Honorable Court to modify the automatic stay to allow Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4 to foreclose the mortgage on the property located at: 530 Nathan Road, University Park, IL 60466; that the unpaid portion of any proof of claim or stipulation calling for payment of the debt secured by that mortgage be withdrawn for purposed of these proceedings only and that Federal Bankruptcy Rule 4001(a)(3) be waived or dismiss the case.

Respectfully submitted,

__/s/ Michael N. Burke_____
Attorney for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4

Richard B. Aronow  3123969
Michael N. Burke  6291435
Mike Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
16-081235

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**