**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s)  Tamika N. Hall-Moore           Case No. 17-20149        Chapter  13

All Cases: Moving Creditor  Deutsche Bank National Trust     Date Case Filed  July 5, 2017
Company, as Indenture Trustee, for New Century Home Equity
Loan Trust 2004-4

Nature of Relief Sought: ☒ Lift Stay     ☐ Annul Stay     ☒ Other (describe) Dismissal

Chapter 13: Date of Confirmation Hearing _____  or Date Plan Confirmed  October 20, 2017

1. Collateral
   a. Home  530 Nathan Road, University Park, IL 60466
   b. Car Year, Make and Model _____
   c. Other (describe) _____

2. Balance owed as of March 11, 2021  $148,993.08
   Total of all other liens including collateral $ 0.00

3. In chapter 13 cases, attach a payment history listing the amount and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in **all** cases)  $ 128,000.00

5. Default
   a. Pre-Petition Default
      Number of months ___   Amount $0.00

   b. Post-Petition Default
      i. On direct payments to the moving creditor
         Number of months  10   Amount $12,300.78

      ii. On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $_____

6. Other Allegations
   a. Lack of Adequate Protection § 362 (d) (1)
      i. No Insurance _____
      ii. Taxes Unpaid _____   Amount $_____
      iii. Rapidly depreciating asset _____
      iv. Other (describe) _____

   b. No Equity and not Necessary for an Effective Reorganization § 362 (d) (2) _____

   c. Other "Cause" § 362 (d) (1) _____
      i. Bad Faith (describe) _____
      ii. Multiple filings _____
      iii. Other (describe) _____

   d. Debtor's Statement of Intention regarding the collateral
      i. ☐ Reaffirm           ii. ☐ Redeem
      iii. ☐ Surrender        iv. ☒ No Statement of Intention Filed

   Date:  3/25/2021                    /s/ Michael N. Burke
                                       Counsel for Movant